IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| URBAN ECHO ENERGY, LLC<br>110 S. Pickett St, #102<br>Alexandria, Virginia, 22304<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A.<br>SERVE REGISTERED AGENT:<br>THE CORPORATION TRUST, INC.<br>2405 York Rd., Suite 201<br>Lutherville Timonium, MD 21093-2264<br><br>    Defendant. | Civil Action No. 8:23-cv-1330 |

## COMPLAINT

Plaintiff, Urban Echo Energy, LLC ("Urban Echo" or "Plaintiff"), by and through undersigned counsel, files this Complaint against Bank of America, N.A. ("BOA" or "Defendant"), and alleges and states as follows:

## PARTIES

1. Plaintiff Urban Echo is a limited liability company organized under the laws of the Commonwealth of Virginia with a principal office at 110 S. Pickett St, #102, Alexandria, Virginia, 22304. Urban Echo Capitol Heights, LLC ("UECH") is a wholly owned subsidiary of Urban Echo.

2. Defendant BOA is a national banking association with a principal office in Charlotte, North Carolina.

**JURISDICTION AND VENUE**

3. The Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1332 because the matter in controversy in this civil action exceeds $75,000.00, exclusive of interest and costs, and Plaintiff and Defendant are citizens of different states.

4. Venue is proper under 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claim occurred and/or a substantial part of property that is the subject of the action is situated is situated in the Greenbelt Division of the District of Maryland.

**FACTS**

5. Urban Echo is an energy company that is 100% owned by Brian Davis, an entrepreneur and former professional athlete.

6. Daniel and Tanya Snyder (the "Snyders") are the owners of the Washington Commanders, a long-established National Football League franchise (the "Commanders").

7. In November 2022, the Snyders announced that they were investigating the potential sale of the Commanders.

8. In order to assist them with the sale process, the Snyders retained BOA, or one of its subsidiaries, to solicit and investigate potential purchasers.

9. Urban Echo was interested in the purchase of the Commanders, and Mr. Davis contacted BOA in January 2023 regarding the required structure and logistics of making a bid.

10. In order to eliminate any questions regarding Urban Echo's financial condition for any offer that was to be made, on March 8, 2023, Urban Echo had bank drafts issued in the amount of $5,100,000,000.00 (the "Bank Drafts") on the account of UECH made payable to BOA.

11. The Bank Drafts were to be deposited in Urban Echo's existing account at Bank of America Private Bank.

12. On March 9, 2023, Plaintiff complied with BOA's procedures for such a deposit and had the Bank Drafts bonded and delivered via courier.

13. BOA accepted the Bank Drafts but refused to deposit them into Plaintiff's account.

14. Plaintiff was notified on March 15, 2023, that BOA was terminating its accounts.

15. Upon information and belief, Plaintiff's accounts at BOA remain open and are available to receive credit for the Bank Drafts.

16. Despite repeated demand, BOA failed to deposit the Bank Drafts into Plaintiff's account.

17. On or about March 21, 2023, Urban Echo made an offer to purchase the Commanders for $7,100,000,000.00 (the "UE Offer").

18. The bona fides of the UE Offer was to be supported by the Bank Drafts, which were deposited at BOA, who was also acting as agent for the Snyders.

19. The UE Offer was approximately $1,000,000,000.00 higher than any competing offer.

20. On May 15, 2023, the Snyders announced that they had accepted a bid for the purchase of the Commanders that was significantly less than the UE Offer.

21. Upon information and belief, BOA never made the Snyders aware of the existence of the Bank Drafts.

22. Upon information and belief, the Snyders would have accepted the UE Offer had they been aware of the $5,100,000,000.00 that was being held in limbo by BOA.

23. Subsequent to learning of the successful bid, Plaintiff made demand on BOA to euther: (i) deposit of the Bank Drafts so that the Snyders can properly evaluate the UE Offer, or (ii) return the Bank Drafts unstamped to Urban Echo.

24. BOA remain unlawfully in possession and control of the Bank Drafts

25. BOA's improper actions have caused and continue to cause significant financial and reputational damage to Urban Echo.

## COUNT I
## CONVERSION

26. Plaintiff realleges and incorporates herein the allegations set forth above as if fully set forth herein.

27. Urban Echo has the right to receive credit for or to possess the Bank Drafts.

28. BOA exercised dominion and control over Urban Echo's property when it accepted the Bank Drafts pursuant to its own procedures.

29. BOA continues to exercise dominion and control over Urban Echo's property.

30. BOA wrongfully refused to credit the Bank Drafts to Plaintiff's account despite full compliance with BOA procedures.

31. BOA is now wrongfully refusing to return the Bank Drafts to Plaintiff.

32. Urban Echo has been and will be deprived of its rightful property as a result of BOA's actions.

33. As a result of BOA's wrongful conversion of Urban Echo's property, Urban Echo has suffered damages, consisting of the return of Plaintiff's $5,100,000,000.00 and additional damages in an amount to be proven at trial but in any event no less than $75,000.00.

## COUNT II
## REPLEVIN

34. Plaintiff realleges and incorporates herein the allegations set forth above as if fully set forth herein.

35. BOA is in possession of the Bank Drafts.

36. The Bank Drafts are the property of Plaintiff and have a value of $5,100,000,000.00.

37. BOA unjustly detains the Bank Drafts.

38. Urban Echo is entitled to possession of the Bank Drafts.

39. As a result of BOA's wrongful detention of Urban Echo's property, Urban Echo has suffered damages, consisting of the return of Plaintiff's $5,100,000,000.00 and additional damages in an amount to be proven at trial but in any event no less than $75,000.00.

## PRAYER FOR RELIEF

WHEREFORE, for the foregoing reasons, Plaintiff Urban Echo Energy, LLC respectfully requests the following relief:

a. Injunctive relief requiring BOA to credit Plaintiff's account at BOA in the amount of $5,100,000,000.00 in order for the UE Offer to purchase the Commanders for $7,100,000,000.00 to be properly evaluated;

b. Alternatively, injunctive relief requiring BOA to immediately return the Bank Drafts, unstamped, to Plaintiff;

c. Damages against BOA in an amount to be determined at trial but in any event in excess of $75,000.00 due to BOA's conversion of Plaintiff's property;

d. Compensatory damages in an amount to be determined at trial;

e. Punitive and/or exemplary damages in an amount to be determined at trial;

f. Prejudgment and post-judgment interest on any monetary award in this action;

g. Reasonable attorneys' fees, expenses and costs as allowed by applicable law;

h. Such other relief deemed just and proper.

Dated:  May 19, 2023                    Respectfully submitted,

                                                            **MARTIN LAW GROUP, P.C.**

/s/ Jeffery T. Martin
Jeffery T. Martin, Jr., Bar No. 18328
Martin Law Group, P.C.
7918 Jones Branch Dr., 4th Floor
McLean, VA, 22102 – 3337
703-223-1822
jeff@martinlawgroupva.com
Counsel for the Plaintiff