IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| **URBAN ECHO ENERGY, LLC** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**BANK OF AMERICA, N.A.** )<br>)<br>Defendant. )<br>) | Civil Action No. 8:23-cv-1330 |

## VERIFIED STATEMENT OF BRIAN DAVIS

I, Brian Davis, pursuant to 28 U.S.C. § 1746, do hereby verify and affirm the following:

1. I am a resident of the State of Maryland, over the age of 18, and am competent to testify as to the matters contained in this Verified Statement.

2. Unless I state otherwise, I have personal knowledge of the facts to which I testify herein.

3. I am an entrepreneur, former professional athlete, and the sole owner of Urban Echo Energy, LLC ("Urban Echo" or "Plaintiff"), a Virginia limited liability company with a principal place of business in Alexandria, Virginia.

4. Urban Echo Capitol Heights, LLC ("UECH") is a Delaware limited liability company that was formed in 2018 as a wholly owned subsidiary of Urban Echo.

5. Daniel and Tanya Snyder (the "Snyders") are the owners of the Washington Commanders, a long-established National Football League franchise (the "Commanders").

6. In November 2022, the Snyders announced that they were investigating the potential sale of the Commanders.

7. In order to assist them with the sale process, the Snyders retained Bank of America, N.A., or one of its subsidiaries ("BOA" or "Defendant") to solicit and investigate potential purchasers.

8. Once I became aware of this once in a lifetime opportunity, I immediately began investigating a potential purchase.

9. Beginning in January 2023, I had multiple discussions with employees of BOA regarding the required structure and logistics of making a bid.

10. In order to substantiate my financial condition for any offer that Urban Echo was to make, on March 8, 2023, I had Bank Drafts issued in the amount of $5,100,000,000.00 (the "Bank Drafts") to BOA for deposit in Urban Echo's existing account at Bank of America Private Bank. A true and correct copy of the Bank Drafts is attached hereto as **Exhibit A**.

11. On March 9, 2023, I complied with BOA's procedures for such a deposit and had the Bank Drafts bonded and delivered via courier to BOA's Boston office.

12. For reasons unbeknownst to me, BOA refused to deposit the Bank Drafts into Urban Echo's account. Instead, I was notified on March 15, 2023, that BOA was unilaterally terminating Urban Echo's accounts.

13. Upon information and belief, Urban Echo's accounts remain open and are available to receive credit for the Bank Drafts.

14. Despite repeated demand, BOA failed to deposit the Bank Drafts into Urban Echo's account.

15. On or about March 21, 2023, I made an offer to purchase the Commanders. My offer was to be supported by the Bank Drafts, and to the best of my knowledge, my offer was approximately $1,000,000,000.00 higher than any competing offer.

16. Representatives of BOA acknowledged that Urban Echo's offer was the highest and best offer for the purchase of the Commmanders.

17. On May 15, 2023, I became aware that Mr. Snyder had accepted a bid for the purchase of the Commanders that was significantly less than the offer I had made.

18. I subsequently learned that BOA never informed the Snyders of the existence of the Bank Drafts and the tender of $5,100,000,000.00.

19. Upon information and belief, the Snyders would have accepted Urban Echo's offer to purchase the Commanders had they been aware of the $5,100,000,000.00 that was being held in limbo by BOA.

20. Subsequent to learning of the successful bid, I made demand on BOA for return of the Bank Drafts.

21. As of today, the Bank Drafts remain in the possession and control of BOA, and they have failed to return them to Urban Echo.

22. Urban Echo is being damaged daily by the inability to access or use the funds that are unavailable so long as the Bank Drafts remain outstanding.

I verify and affirm under the penalties of perjury, and upon personal knowledge, that the foregoing is true and correct.

Executed this 19th day of May 2023.

/s/ Brian Davis
Brian Davis

59. /8 Digit Agency Location Code (ALC WFBIUS6S)
70. /RFB/Add'l Reference Info
   **Third Party Information:**
   Bank of America Private Bank
   
   Draft Nbr: 1052
   SWIFT **BOFAUS3N**
71A. "OURS" 3% - (Not Greater Than USD $150,000,000.00)
   Federal Reserve Bank NY
   33 Liberty Street
   New York, NY 10045

**NOTES:**
**Copy of Bank Draft Attached**



EXHIBIT A

