IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| URBAN ECHO ENERGY, LLC | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Civil Action No. 8:23-cv-1330 <br> ) |
| BANK OF AMERICA, N.A. | ) <br> ) |
| Defendant. | ) <br> ) <br> ) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Urban Echo Energy, LLC hereby gives notice that this action is voluntarily dismissed. Defendant Bank of America, N.A. has not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. *See* Fed. R. Civ. P. 41(a).

Dated:  May 31, 2023              Respectfully submitted,

**MARTIN LAW GROUP, P.C.**

/s/ Jeffery T. Martin
Jeffery T. Martin, Jr., Bar No. 18328
Martin Law Group, P.C.
7918 Jones Branch Dr., 4th Floor
McLean, VA, 22102 – 3337
703-223-1822
jeff@martinlawgroupva.com
Counsel for the Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Notice was served via email on this 31st day of May 2023 to:

Ava E Lias Booker
alias-booker@mcguirewoods.com

Melissa O Martinez
mmartinez@mcguirewoods.com

/s/ Jeffery T. Martin_____
Jeffery T. Martin